No. 88–6097.  VASQUEZ v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 87–1914.  ARN, SUPERINTENDENT, OHIO REFORMATORY FOR WOMEN v. GREEN.  C. A. 6th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 88–834.  CONNECTICUT v. PLOURDE.  Sup. Ct. Conn.  Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 88–914.  CALIFORNIA v. RADKE.  Ct. App. Cal., 4th App. Dist.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 87–6895.  GARDNER v. TEXAS.  Ct. Crim. App. Tex.;
No. 88–5723.  WRIGHT v. TENNESSEE.  Sup. Ct. Tenn.;
No. 88–5733.  LUCKY v. CALIFORNIA.  Sup. Ct. Cal.;
No. 88–5868.  BELMONTES v. CALIFORNIA.  Sup. Ct. Cal.;
No. 88–5881.  BUNDY v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.;
No. 88–5899.  DAVIS v. OHIO.  Sup. Ct. Ohio;
No. 88–5908.  ROBBINS v. CALIFORNIA.  Sup. Ct. Cal.; and
No. 88–5924.  BABBITT v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 88–639.  PARUNGAO v. GOERG, AS TRUSTEE IN BANKRUPTCY FOR THE ESTATE OF KAUSSEN.  C. A. 11th Cir.  Motion of Bruno M. Kubler for leave to file a brief as *amicus curiae* granted.  Certiorari denied.